AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>26-6048MB | Date and time warrant executed:<br>2/9/2026 9:55 am | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of :
  Postal Inspector John Springer and USPIS Analyst Michael Kaminski

Inventory of the property taken and name of any person(s) seized:

  LABEL NUMBER:  9570111026066033162465


  - 1 brown cardboard USPS Priority Express parcel
  - 2 additional brown cardboard inner boxes
  - Spray foam
  - Vacuum seal bags
  - Clear plastic bags with knots
  - Gray duct tape
  - 6209.7 g of a white crystal like susbtanace TruNarc tested to be Methamphetamine.

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:    02/09/2026

John J. Springer

Digitally signed by John J. Springer
Date: 2026.02.09 13:56:20 -07'00'

*Executing officer's signature*

John J. Springer, U.S. Postal Inspector

*Printed name and title*

# UNITED STATES DISTRICT COURT
### District of Arizona

*In the Matter of the Search of*:

**SUBJECT PARCEL**: One (1) USPS Priority Mail Express parcel bearing USPS tracking number 9570 1110 2606 6033 1624 65, addressed to "Chris Paulino, 114 e hverhill st, Lawrence, MA 01841", with a return address of "John Manh, 10951 N 91st Ave". It is a brown USPS cardboard box measuring 14" X 14" X 14"; weighing approximately 20 pounds 8.4 ounces; postmarked February 02, 2026; and bearing $200.60 in postage.

### SEARCH WARRANT

Case Number:    26-6048MB

TO:   John J. Springer and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, John J. Springer, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Priority Mail Express parcel bearing USPS tracking number 9570 1110 2606 6033 1624 65, addressed to "Chris Paulino, 114 e hverhill st, Lawrence, MA 01841", with a return address of "John Manh, 10951 N 91st Ave". It is a brown USPS cardboard box measuring 14" X 14" X 14"; weighing approximately 20 pounds 8.4 ounces; postmarked February 02, 2026; and bearing $200.60 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before     February 20, 2026     (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

February 6, 2026@1:15pm                          at     Phoenix, Arizona
Date and Time Issued                                    City and State

HONORABLE ALISON S. BACHUS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                      Signature of Judicial Officer